CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Susan.cushman@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS VILLAREAL TORRES,<br><br>Defendant. | Case No. 2:03-cr-0253-JCM-VCF-3<br><br>**Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant** |

On June 11, 2003, a federal grand jury returned an indictment charging Defendant TORRES with violations of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii) – Conspiracy to Distribute a Controlled Substance. ECF 1. An arrest warrant was issued later that same day. ECF 5.

TORRES has never been located by either the Drug Enforcement Administration or the United States Marshall Service. Both agencies are unable to execute the arrest warrant as to the captioned defendant.

…

Therefore, pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice and quash the arrest warrant.

Respectfully submitted this 5th day of April, 2021.

        Respectfully submitted,

        CHRISTOPHER CHIOU
        Acting United States Attorney

        */s/ Susan Cushman*
        SUSAN CUSHMAN
        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:03-cr-0253-JCM-VCF-3 |
| Plaintiff, | **Proposed Order Granting Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant** |
| v. | |
| JESUS VILLAREAL TORRES, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment and quashes the Arrest Warrant against Defendant JESUS VILLAREAL TORRES.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED May 3, 2021.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE